UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
PETER LINCOLN BUSH and  
LINDA BOSBYSHELL BUSH  

CASE NO:  3:13-bk-01257-JAF  
Chapter 13

{Debtor/s}
_____/

# ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court without a hearing upon the Debtors' Motion To Modify Confirmed Plan, dated February 20, 2014.  The court finds:

1. The Debtors' Motion To Modify Confirmed Plan was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the dated service;

2. No party filed an objection within the time permitted;

3. The Court therefore considers the matter unopposed; and

4. The provisions of Section 1329 of the United States Bankruptcy Code have been met.

Accordingly:

**IT IS ORDERED :**

The Debtors' Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court. All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on May 30, 2013 shall remain the same and in full force and effect.

DONE and ORDERED in Jacksonville, Florida, this 27th day of March, 2014

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

## AMENDED EXHIBIT A
## CASE NO: 3:13-bk-01257-JAF
## PETER LINCOLN BUSH and LINDA BOSBYSHELL BUSH
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
|  | TRUSTEE EXPENSES | Priority | As set by U.S. Trustee | | | |
|  | BANKRUPTCY LAW FIRM OF LANSING J ROY | Priority | $2,000.00 | $2,000.00 | $250.00<br>$0.00 | 1 - 8<br>9 - 60 |

**Claim Notes:**  *No claim filed.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 01 | DISCOVER BANK | Unsecured | $4,591.88 | $4,591.88 | ProRata | |
| 02 | DISCOVER BANK | Unsecured | $5,303.86 | $5,303.86 | ProRata | |
| 03 | INTERNAL REVENUE SERVICE | Priority | $0.00 | $108.03 | $13.51<br>$0.00 | 1 - 8<br>9 - 60 |
| 04 | WORLD OMNI FINANCIAL CORP | Secured | $4,381.95 | $4,963.20 | $82.72 | 1 - 60 |
| 04 | WORLD OMNI FINANCIAL CORP | Unsecured | $1.00 | $1.00 | ProRata | |
| 05 | BANK OF AMERICA NA | Unsecured | $10,757.46 | $10,757.46 | ProRata | |
| 06 | CAPITAL ONE BANK ( USA) N.A. | Unsecured | $12,112.56 | $12,112.56 | ProRata | |
| 07 | CAPITAL ONE BANK ( USA) N.A. | Unsecured | $5,545.87 | $5,545.87 | ProRata | |
| 08 | ECAST SETTLEMENT CORPORATION | Unsecured | $2,632.39 | $2,632.39 | ProRata | |
| 09 | FIA CARD SERVICES NA | Unsecured | $19,926.05 | $19,926.05 | ProRata | |
| 10 | ECAST SETTLEMENT CORPORATION | Unsecured | $15,275.28 | $15,275.28 | ProRata | |
| 11 | BANK OF AMERICA NA | Secured | $60,311.21 | $6,199.20 | $0.00<br>$147.60 | 1 - 18<br>19 - 60 |

**Claim Notes:**  *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5).*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 11 | BANK OF AMERICA NA | Secured | $1,781.04 | $1,781.04 | $0.00<br>$37.11 | 1 - 12<br>13 - 60 |

**Claim Notes:**  *Mortgage Gap*

**AMENDED EXHIBIT A**
**CASE NO: 3:13-bk-01257-JAF**
**PETER LINCOLN BUSH and LINDA BOSBYSHELL BUSH**
**Chapter 13**

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 12 | TD BANK USA NA | Unsecured | $358.95 | $0.00 | ProRata | |
| **Claim Notes:** *Wrong Case* | | | | | | |
| 13 | OAK HARBOR CAPITAL VII | Unsecured | $12,419.33 | $12,419.33 | ProRata | |
| 14 | OAK HARBOR CAPITAL VII | Unsecured | $23,779.73 | $23,779.73 | ProRata | |
| 15 | BANK OF AMERICA NA | Secured | $209,854.64 | $0.00 | $0.00 | |
| **Claim Notes:** *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). Claim paid outside of plan.* | | | | | | |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | $11,084.52 | $11,084.52 | ProRata | |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | $1,261.64 | $1,261.64 | ProRata | |
| 18 | AMERICAN EXPRESS CENTURION BANK | Unsecured | $1,242.55 | $1,242.55 | ProRata | |
| 19 | CAPITAL ONE NA | Secured | $5,150.00 | $311.41 | $25.96 $0.00 | 1 - 12 13 - 60 |
| **Claim Notes:** *Collateral Surrendered.* | | | | | | |
| 19 | CAPITAL ONE NA | Unsecured | $338.09 | $0.00 | ProRata | |
| **Claim Notes:** *Collateral Surrendered.* | | | | | | |
| 20 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $582.79 | $582.79 | ProRata | |
| 21 | STATE OF FLORIDA DEPARTMENT OF REVENUE | Priority | $212.10 | $212.10 | $0.00 $4.08 | 1 - 8 9 - 60 |

**Debtor Payment Schedule**

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| March 30, 2013 | 1 - 8 | $413.55 |
| November 30, 2013 | 9 - 12 | $407.08 |
| March 30, 2014 | 13 - 60 | $583.47 |

Copies to:
Debtors
Christopher R Demetros Esquire
Douglas W. Neway, Trustee
All Interested Parties